**William Scott DAVIS, Jr., and as next best friend J.F.D. a minor child, Plaintiff–Appellant,**

v.

**State of NORTH CAROLINA; Beverly Perdue, individually and in her official capacity as Governor of the State of North Carolina; Melanie A. Sheki-**

ta, individually and in her official capacity as assistant district attorney, Wake County, North Carolina; Lori Christonson; Monica Bousman; Eric Craig Chasse, individually and in their official capacity as Wake County North Carolina Family Court Judges; Town of Cary North Carolina; Cary Police Department North Carolina; Pat Bazemore, Chief of Police; Scott Chuninham, Individually and in their official capacities as Chief; Cary Police Detective North Carolina; Michelle & Gregory Savage, individually and in their official capacities as police officer(s); Wake County, North Carolina Government; Director David Cook, individually and official capacity Director of Wake County Government; Wake County, North Carolina County Attorney; Scott Warren, Office Director, individually in his office capacity as County Attorney; Attorney Albert J. Singer; Rodger Askew; Elizabeth McLary, individually and in their official capacities as Wake Co. Government attorneys; Wake County, North Carolina Department of Health & Human Services; Director Ramon Rajao, individually and in his official capacity; Warren Ludwig; John Tanner, of Wake county North Carolina Department of Health & Human Services child welfare protective services individually and in their official capacities as program director and intake manager directors; Lisa Sellers; Danille Doyle; Adrey Richardson; Wanda Turner; Jan Masri; Tammy Patterson; Allison Thompson; Sondi Carlton; Shenta Whiteheed, individually and in their official capacities as Child Protective Social Workers State Actors of Wake County, N.C. Department of Human Services; Wake County, NC Guardien ad litem program; Naomie Livinston; Jane Vol-lard; Wendy Kirwan, individually and in their official capacities as County and State Directors, and Supervisor of the Wake County North Carolina Guardian ad litem program; Wake County, N.S. Guardian ad litem Advocate Attorneys; Hal Morris; Richard Crouthermel; Susan Vick; Jane Doe, individually and in their official capacities as Wake County GAL Attorneys; Charlotte Mitchelle, Gal, individually & official capacity; Wake County, N.C. Public School System; Ron A. Misslot, Board of Director Chairman individually and in his official capacity; Wake County, N.C. Public School Kinswood Elementary School Cary N.C.; Sherry Schisser; Elaine Hoffelt; Kristine Lewis, individually and in their official capacities as Principle Head Administrator; school mental health counselor of Kinsewood Elementary School in Cary N.C.; Sandra William; Barbara Pembrork, individually and in official capacity as foster care mothers; UNC, School of Medicine Program on Childhood Trauma & Maltreatment; Director Mark Everson, individually and in his official capacity; Nancy Berson, Employee UNC School of Medicine Program on Childhood Trauma & Maltreatment Child and Family Evaluator individually and in her official capacity; Community Psychological Resource, JNC.LLC of Norfolk Va; Susan Garvey, Operator & Manager estate individually and in her official capacity as employee/contractor or the State of North Carolina & Wake County Human Service of North Carolina; Stephanie Moots; Carolyn Fair; Audrey Hayes, of Hampton Department of health and Human Services of Virginia Individually and in the official capacity as Social Worker child Protective Service, ICPC, Health

Family Partnership intensive Parenting Program of Hampton, Virginia; Sydney J. Batch; Robin Stricklan; Ageel Hass; David Duke; Jame Hunt; Ollie Taylor; Brian Demtovicci; Robert Brown; Richard Durham; Dewy O'Kelly; Allen Brionis, individually and in official capacities as court appointed legal counsel, Defendants–Appellees.

No. 11–7382.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 22, 2012.

William Scott Davis, Jr., Appellant Pro Se.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. North Carolina,* No. 2:11–cv–00500–RBS–TEM (E.D.Va. Sept. 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*